# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mark Pellegrino
_____ claimant _____

Write the full name of each ~~plaintiff or petitioner~~.

DBA County of Erie
employee - Nichole & 3 TowTruck Drivers (unknown)

DBA Buffalo Police Department
Officer Adney, Carlson,
unknown Bdge # 521, 3876, 3880, 3851, 3717, 3685, 2736, 529, 3744

-against-

commissioner parking Kevin Holte,
assistant Commissioner
of Parking DAVID Hauf

Write the full name of each defendant or respondent.

Case No. _____ CV _____

**PETITION**

PLEASE TAKE NOTICE that  Claimant   Mark Pellegrino
                         ~~plaintiff or defendant~~     name of party who is ~~making~~ the motion
                         claimant

requests that the Court: To commence the opening of a misc. case file, in accordance to Rule 56 cplr 3212(b) Where as claimant will have axcess without any sale, denial or delay.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

9/1/2022
Dated

/s/ By: Pellegrino, M
Autograph

Mark Pellegrino
Name

Prison Identification # (if incarcerated)

% 859 Richmond Avenue   Buffalo   New York   Republic
Address                  City     State      Zip Code Exempt

(716) 935-0055
Telephone Number (if available)

MarkuSA323@AoL.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Pellegrino

claimant

Fill in above the full name of each ~~plaintiff or petitioner~~.

Case No. _____ CV _____

-against-

County of Erie
Employee Nichole & 3 Tow Truck Drivers
Commissioner of Parking - Kevin Helfer
Assistant Commissioner of Parking - David Hauf
Buffalo Police Department
Officer Adney, Carlson
unknown Badge #'s 521, 3867, 3880, 3717, 3685, 2736, 529
3744

Fill in above the full name of each defendant or respondent.

## DECLARATION

Claimant is declaring default on defendants who have failed to rebut the affidavits that stand as fact

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Mark Pellegrino, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

verify and confirm that this motion is for a summary Judgement by default in appearance or by confession of Judgement. This Judgement has been entered into the chamber of commerce and has not been satisfied in part or whole. The amount unpaid is $5,000,000.00 Five Million

Rev. 6/30/16

dollars plus a additional $5,000.00 Five Thousand dollars per day and additonl penalties for pain, suffering and monetary damages. Private property was also taken that has not been returned. Enforcement has not been stayed, this case is a result of two agencies searching, seizing private property with no warrant of probable cause. They are guilty of breaching the peace, trust, oath and duty, extortion, theft by taking and many other crimes. They have not verified any claim or vaild warrdat or cause. Claimidnt suffered damages, freedom, and liberties as a result from this unlawful conduct. The defendants have failed to rebut any affidavits which resulted in default and silence by acquiescence to a notice of default and notice of lien was filed. Whereas this proposed order under rule 56 with claimants statement with first hand knowledge of facts and no cause of action or defense which has no merit. Whereas with this motion for Summary Judgement shall not decline to consider the motion shall be granted in accord upon all papers submitted and proof is submitted

Attach additional pages and documents if necessary. Shall be established by warrant the court as matter of law and directing Judgement in favor of any party

9/1/2022
Executed on (date)

/s/ By: Pellegrini, Mark
AutoGRAPH

Mark Pellegrino
Name

Prison Identification # (if incarcerated)

℅ 859 Richmond Avenue
Address

Buffalo New York Republic
City   State   Zip Code

(716) 935-0055
Telephone Number (if available)

MarkuSA323@Aol.com
E-mail Address (if available)

Page 2