Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MARK PELLEGRINO | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 22-CV-689 |
| v. | |
| NICHOLE LABOMBARD ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED if Plaintiff does not file a Second Amended Complaint by April 30, 3024, [# 17] Amended Complaint shall be dismissed with prejudice without further order of the Court.


Date: May 17, 2024                                MARY C. LOEWENGUTH
                                                  CLERK OF COURT

                                                  By: s/ Donna
                                                      Deputy Clerk